IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NHU T. LAM**, <br><br> *Plaintiff,* <br><br> v. <br><br> **NAIL CARE SPA 4 LLC d/b/a NAIL CARE SPA and VI TO**, <br><br> *Defendants.* | Case No. 2:24-cv-05527-JDW |

### ORDER

**AND NOW**, this 24th day of October, 2024, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.